Order Filed on September 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Marc J. Mignano and
Jennifer L. McGuckin-Mignano,

Debtors

Case No.: 17-32225

Adv. No.:

Hearing Date: August 25, 2020 at 10:00 A.M.

Judge: Honorable Andrew B. Altenburg, Jr.

Recommended Local Form:  ☐ Followed   ☒ Modified

## ORDER TO REINSTATE THE STAY AS TO BSI FINANCIAL SERVICES AS SERVICER FOR U.S. BANK TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: September 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the Court upon the Motion of Jenkins & Clayman, attorneys for the Debtor, and service of this Motion having been made upon BSI Financial Services, as servicer for U.S. Bank Trust, National Association, as Trustee of the Lodge Series III Trust (hereinafter "BSI Financial Services") and for good cause having been shown, it is

**ORDERED and ADJUDGED** that

1. The automatic stay provisions of the bankruptcy code are hereby reinstated as to BSI Financial Services.

2. Debtors shall resume regular monthly payments to begin with the September 1, 2020 installment. All future regular payments must be received by BSI Financial Services within 21 days of the date due. If a payment is missed by more than 21 days, BSI Financial Services may certify to this default and submit an order for relief from the stay with notice to Debtors and Debtors' Counsel.

3. In order to cure the post-petition arrears which amount to $10,803.87, Debtors shall make additional payments for 6 months to begin with the September 2020 installment. This additional payment shall be in the amount of $2,065.22 for 5 months (September 2020 through January 2021). An additional payment of $2,106.92 shall be made with the February 2021 payment. This will cure the post-petition arrears. This second payment shall be received by BSI Financial Services within 30 days of the date due. If a payment is missed by more than 30 days, BSI Financial Services may certify to this default and submit an order for relief from the stay with notice to Debtors and Debtors' Counsel.

4. BSI Financial Services is hereby awarded $531.00 in fees and costs which shall be paid by the Chapter 13 Trustee's office as an administrative expense.

The undersigned hereby consents to the form and entry of this order.

Jenkins and Clayman,
Attorneys for the Debtor
by: Eric J. Clayman, Esquire

/s/ Jonathan Schwalb, Esq.

Friedman Vartolo LLP
Attorneys for BSI Financial Services
by: Jonathan Schwalb, Esquire